

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 26–40053
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Edwin Christopher Howard
1330 Newhouse Road
Shelby, NC 28151
Social Security No.: xxx–xx–0683

Linda Sue Howard
1330 Newhouse Road
Shelby, NC 28151
Social Security No.: xxx–xx–8247

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Objection filed in the above referenced case on 04/15/2026 as document(s) # 8 is defective for the reason(s) marked below:

Notice does not comply with L.R. 9013 noticing requirements. Notice of Hearing required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 17, 2026

Christine F Ramsey
Clerk of Court

Electronically filed and signed (4/17/26)