UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

```
----------------------------------------------------------- x
In re:                                                      :
                                                            :     Chapter 13
EDWIN CHRISTOPHER HOWARD AND                                :
LINDA SUE HOWARD,                                           :     Case No.: 26-40053
                                                            :
                                   Debtors.                 :
----------------------------------------------------------- x
```

### WITHDRAWAL  OF OBJECTION TO CONFIRMATION

Credit Acceptance Corp. ("Credit Acceptance"), a secured creditor herein, by and through

its  undersigned attorneys, seeks to withdraw the Objection to Confirmation that was filed in the

above-captioned case on April 15, 2026 (Dkt. 8) (the "Objection").

WHEREFORE, Movant requests this Court withdraw the Objection.

Dated:  May 18, 2026                    WOMBLE BOND DICKINSON (US) LLP

                                        By:  /s/ Eudora F. S. Arthur
                                             EUDORA F. S. ARTHUR
                                             N.C. State Bar. No. 59854
                                             555 Fayetteville Street, Suite 1100
                                             Raleigh, NC  27601
                                             Telephone: (919) 755-2178
                                             dorie.arthur@wbd-us.com

                                        *Attorneys for Credit Acceptance Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing on:

> Edwin Christopher Howard
> 1330 Newhouse Road
> Shelby, NC 28151
> *Debtor*

> Linda Sue Howard
> 1330 Newhouse Road
> Shelby, NC 28151
> *Debtor*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing was served by electronic means through the Court's CM/ECF service on:

> Robert H. Lutz
> *Attorney for Debtor*

> Steven G. Tate
> *Trustee*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2026

WOMBLE BOND DICKINSON (US) LLP

By:   <u>/s/ Eudora F. S Arthur</u>
EUDORA F. S. ARTHUR
NC State Bar Number 59854
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for Credit Acceptance Corp.*